$3.17
# 7377

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

IN RE:                                             BK NO. 07-20920

JENNIFER A ADRIANCE
    Debtor(s)

---

FILED July 22, 2010
BANKRUPTCY COURT
ROCHESTER, NY

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

   Barley Snyder, LLC
   27 Lincoln Way East
   Chambersburg PA 17201

2. Your Trustee's check for $3.17, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: July 20, 2010
      Rochester, NY                           /s/_____
                                                        GEORGE M. REIBER, TRUSTEE